IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JUSTIN COSBY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No.: 2023 CV 02236 |
| | ) |
| CHICAGO POLICE OFFICER GABRIEL RODRIGUEZ (#12737), SUPERINTENDENT DAVID BROWN, and CITY OF CHICAGO, | ) ) ) ) |
| | ) |
| Defendants. | ) |

## NOTICE OF FILING

To:  Attorneys of Record

YOU ARE HEREBY NOTIFIED that on January 30, 2024, there was filed with the Clerk of the United States District Court for the Northern District of Illinois, Defendant Officer's Rule 37(a) Motion to Compel Plaintiff's Supplemental Answers to Interrogatories, Response to Notice to Produce, ad for Records, a copy of which is attached hereto.

                                                                                       **/s/ Borkan & Scahill, Ltd.**
                                                                                        BORKAN & SCAHILL, LTD.

Steven B. Borkan (6193463)
Timothy P. Scahill (6287296)
BORKAN & SCAHILL, LTD.
Two First National Plaza
20 South Clark Street
Suite 1700
Chicago, Illinois 60603
(312) 580-1030

    I certify that I served this Notice by electronically mailing a copy to each person to whom it is directed at the address above indicated by using the CM/ECF on January 30, 2024.

                                                                                        **/s/ Hilary Jabs**
                                                                                        Hilary Jabs
                                                                                        Special Assistant Corporation Counsel