# EXHIBIT B

## Cosby v. Rodriguez-Discovery Extension & Deposition Date

### Sheila A Bedi <sheila.bedi@law.northwestern.edu>

Fri 8/4/2023 4:09 PM

To:Kennedy, John <jkennedy@taftlaw.com>;Murphy, Andrew S. <AMurphy@taftlaw.com>;ben <ben@peopleslawoffice.com>
Cc:Graham Miller <GMiller@borkanscahill.com>;hakeemmuhammad@peopleslawoffice.com <hakeemmuhammad@peopleslawoffice.com>;Slagel, Allan T. <aslagel@taftlaw.com>;brad <brad@peopleslawoffice.com>; janinehoft <janinehoft@peopleslawoffice.com>;Decker, Adam W. <ADecker@taftlaw.com>;Tim Scahill <TScahill@borkanscahill.com>;Vanessa del Valle <vanessa.delvalle@law.northwestern.edu>;Hilary Jabs <hjabs@borkanscahill.com>;Steven Borkan <sborkan@borkanscahill.com>;Whitney Hutchinson <WHutchinson@borkanscahill.com>;norasnyder@peopleslawoffice.com <norasnyder@peopleslawoffice.com>

Counsel: Plaintiff's team has multiple competing deadlines in other matters and hopes you will be amenable to extending the discovery response deadline in this case. We propose to respond to the Defendants' requests by September 8, 2023. We're grateful for your consideration here and will certainly extend the same courtesy to your team.

Additionally, our team isn't available to defend Mr. Cosby's deposition on August 24. Could you please propose some dates in September and early October that could work for you? We can generally be available on Tuesdays, Wednesdays and Fridays after 10:00am. Thanks and please let me know if you'd like a call to discuss. Bests, s


Sheila A. Bedi
Clinical Professor of Law
Director, Community Justice & Civil Rights Clinic
Northwestern Pritzker School of Law
375 E. Chicago Ave., 8th Floor
Chicago, IL 60611
T: 312-503-2492
Pronouns: she, hers
Schedule a time to meet with me here: https://calendly.com/sheila-bedi