# EXHIBIT C

## RE: Cosby v. Rodriguez-Discovery Extension & Deposition Date

Sheila A Bedi <sheila.bedi@law.northwestern.edu>

Tue 8/29/2023 3:10 PM

To:Hilary Jabs <hjabs@borkanscahill.com>;Kennedy, John <jkennedy@taftlaw.com>;Murphy, Andrew S. <AMurphy@taftlaw.com>;ben <ben@peopleslawoffice.com>
Cc:Graham Miller <GMiller@borkanscahill.com>;hakeemmuhammad@peopleslawoffice.com <hakeemmuhammad@peopleslawoffice.com>;Slagel, Allan T. <aslagel@taftlaw.com>;brad <brad@peopleslawoffice.com>; janinehoft <janinehoft@peopleslawoffice.com>;Decker, Adam W. <ADecker@taftlaw.com>;Tim Scahill <TScahill@borkanscahill.com>;Vanessa del Valle <vanessa.delvalle@law.northwestern.edu>;Steven Borkan <sborkan@borkanscahill.com>;Whitney Hutchinson <WHutchinson@borkanscahill.com>;norasnyder@peopleslawoffice.com <norasnyder@peopleslawoffice.com>

Counsel: We unexpectedly need to travel next week for an in-person hearing in another matter. This development has wrecked some havoc on our schedules, and we'd be grateful if you'd extend the deadline for our discovery responses to Sept. 15.

Additionally, Mr. Cosby can sit for his deposition on October 18 or 25.

Please advise whether either of those dates work for you and if you're agreeable to a Sept. 15 deadline for Plaintiff's discovery responses. Thanks, s

---

**From:** Hilary Jabs <hjabs@borkanscahill.com>
**Sent:** Thursday, August 10, 2023 4:58 PM
**To:** Sheila A Bedi <sheila.bedi@law.northwestern.edu>; Kennedy, John <jkennedy@taftlaw.com>; Murphy, Andrew S. <AMurphy@taftlaw.com>; ben <ben@peopleslawoffice.com>
**Cc:** Graham Miller <GMiller@borkanscahill.com>; hakeemmuhammad@peopleslawoffice.com; Slagel, Allan T. <aslagel@taftlaw.com>; brad <brad@peopleslawoffice.com>; janinehoft <janinehoft@peopleslawoffice.com>; Decker, Adam W. <ADecker@taftlaw.com>; Tim Scahill <TScahill@borkanscahill.com>; Vanessa del Valle <vanessa.delvalle@law.northwestern.edu>; Steven Borkan <sborkan@borkanscahill.com>; Whitney Hutchinson <WHutchinson@borkanscahill.com>; norasnyder@peopleslawoffice.com
**Subject:** Re: Cosby v. Rodriguez-Discovery Extension & Deposition Date

Sheila,

Your request for a 30 day discovery extension to September 8, 2023 is agreed. We will circulate available dates for Plaintiff's deposition likely in October on a Tues, Wed, or Fri as requested by next week.

Thanks,

Hilary L. Jabs

Borkan & Scahill, Ltd.

Two First National Plaza

20 South Clark Street

Suite 1700

*Chicago, Illinois 60603*

*Tel: 312-580-1030*

*Fax: 312-263-0128*

hjabs@borkanscahill.com

---

**From:** Sheila A Bedi <sheila.bedi@law.northwestern.edu>
**Sent:** Friday, August 4, 2023 4:08 PM
**To:** Kennedy, John <jkennedy@taftlaw.com>; Murphy, Andrew S. <AMurphy@taftlaw.com>; ben <ben@peopleslawoffice.com>
**Cc:** Graham Miller <GMiller@borkanscahill.com>; hakeemmuhammad@peopleslawoffice.com <hakeemmuhammad@peopleslawoffice.com>; Slagel, Allan T. <aslagel@taftlaw.com>; brad <brad@peopleslawoffice.com>; janinehoft <janinehoft@peopleslawoffice.com>; Decker, Adam W. <ADecker@taftlaw.com>; Tim Scahill <TScahill@borkanscahill.com>; Vanessa del Valle <vanessa.delvalle@law.northwestern.edu>; Hilary Jabs <hjabs@borkanscahill.com>; Steven Borkan <sborkan@borkanscahill.com>; Whitney Hutchinson <WHutchinson@borkanscahill.com>; norasnyder@peopleslawoffice.com <norasnyder@peopleslawoffice.com>
**Subject:** Cosby v. Rodriguez-Discovery Extension & Deposition Date

Counsel: Plaintiff's team has multiple competing deadlines in other matters and hopes you will be amenable to extending the discovery response deadline in this case. We propose to respond to the Defendants' requests by September 8, 2023. We're grateful for your consideration here and will certainly extend the same courtesy to your team.

Additionally, our team isn't available to defend Mr. Cosby's deposition on August 24. Could you please propose some dates in September and early October that could work for you? We can generally be available on Tuesdays, Wednesdays and Fridays after 10:00am. Thanks and please let me know if you'd like a call to discuss. Bests, s


Sheila A. Bedi
Clinical Professor of Law
Director, Community Justice & Civil Rights Clinic
Northwestern Pritzker School of Law
375 E. Chicago Ave., 8th Floor
Chicago, IL 60611
T: 312-503-2492
Pronouns: she, hers
Schedule a time to meet with me here: https://calendly.com/sheila-bedi