# EXHIBIT D

Re: Cosby v. Rodriguez-Discovery Extension & Deposition Date

Hilary Jabs <hjabs@borkanscahill.com>
Mon 10/23/2023 2:36 PM

To:Sheila A Bedi <sheila.bedi@law.northwestern.edu>
Cc:Graham Miller <gmiller@borkanscahill.com>;hakeemmuhammad@peopleslawoffice.com <hakeemmuhammad@peopleslawoffice.com>;Slagel, Allan T. <aslagel@taftlaw.com>;brad <brad@peopleslawoffice.com>;janinehoft <janinehoft@peopleslawoffice.com>;Decker, Adam W. <ADecker@taftlaw.com>;Tim Scahill <TScahill@borkanscahill.com>;Vanessa del Valle <vanessa.delvalle@law.northwestern.edu>;Steven Borkan <sborkan@borkanscahill.com>;Whitney Hutchinson <whutchinson@borkanscahill.com>;norasnyder@peopleslawoffice.com <norasnyder@peopleslawoffice.com>;Kennedy, John <jkennedy@taftlaw.com>;Murphy, Andrew S. <AMurphy@taftlaw.com>;Ben Elson <ben@peopleslawoffice.com>

Hi Sheila,

I hope you had a great weekend. We have still not received Plaintiff Cosby's Response to our Request to Produce. Unfortunately, we will need to reschedule Mr. Cosby's deposition set for October 25 until we receive all discovery responses and documents with time for us to review the same. We will be sending a 37.2 letter detailing the outstanding discovery issues later this week and would then like to schedule a 37.2 conference with you to resolve the pending issues.

Kindly,

**BORKAN**
**& SCAHILL** LTD.

Hilary L. Jabs
Borkan & Scahill Ltd.
Two First National Plaza
20 South Clark St., Suite 1700
Chicago, Illinois 60603
(312) 580-1030
hjabs@borkanscahill.com

---

**From:** Hilary Jabs <hjabs@borkanscahill.com>
**Sent:** Wednesday, August 30, 2023 11:06 AM
**To:** Sheila A Bedi <sheila.bedi@law.northwestern.edu>; Kennedy, John <jkennedy@taftlaw.com>; Murphy, Andrew S. <AMurphy@taftlaw.com>; ben <ben@peopleslawoffice.com>
**Cc:** Graham Miller <GMiller@borkanscahill.com>; hakeemmuhammad@peopleslawoffice.com <hakeemmuhammad@peopleslawoffice.com>; Slagel, Allan T. <aslagel@taftlaw.com>; brad <brad@peopleslawoffice.com>; janinehoft <janinehoft@peopleslawoffice.com>; Decker, Adam W. <ADecker@taftlaw.com>; Tim Scahill <TScahill@borkanscahill.com>; Vanessa del Valle <vanessa.delvalle@law.northwestern.edu>; Steven Borkan <sborkan@borkanscahill.com>; Whitney Hutchinson <WHutchinson@borkanscahill.com>; norasnyder@peopleslawoffice.com <norasnyder@peopleslawoffice.com>
**Subject:** Re: Cosby v. Rodriguez-Discovery Extension & Deposition Date

Ms. Bedi,

Your request for a second discovery extension to September 15, 2023 is agreed. We assume if we were to need an extension in the future, you would extend the same professional courtesy. We are available on October 25, 2023 for Mr. Cosby's deposition. We will issue an amended notice accordingly.

*Hilary L. Jabs*