# EXHIBIT F

## Re: Cosby v. Rodriguez-Plaintiff's Discovery Requests

**Sheila A Bedi** <sheila.bedi@law.northwestern.edu>
Wed 11/8/2023 7:53 AM

To: Hilary Jabs <hjabs@borkanscahill.com>
Cc: Kennedy, John <jkennedy@taftlaw.com>; Murphy, Andrew S. <AMurphy@taftlaw.com>; ben <ben@peopleslawoffice.com>; Graham Miller <GMiller@borkanscahill.com>; hakeemmuhammad@peopleslawoffice.com <hakeemmuhammad@peopleslawoffice.com>; Slagel, Allan T. <aslagel@taftlaw.com>; brad <brad@peopleslawoffice.com>; janinehoft <janinehoft@peopleslawoffice.com>; Decker, Adam W. <ADecker@taftlaw.com>; Tim Scahill <TScahill@borkanscahill.com>; Vanessa del Valle <vanessa.delvalle@law.northwestern.edu>; Steven Borkan <sborkan@borkanscahill.com>; Whitney Hutchinson <WHutchinson@borkanscahill.com>; norasnyder <norasnyder@peopleslawoffice.com>

Counsel: We will provide supplemental interrogatory responses and responses to the requests for production on Nov 15. I'd suggest that we schedule a meet and confer after then. Please let me know if you'd like to calendar something. Thanks, s

> On Nov 7, 2023, at 5:40 PM, Hilary Jabs <hjabs@borkanscahill.com> wrote:
>
> Ms. Bedi,
>
> In following up on our 37.2 correspondence sent to you last Thursday, could you please by the end of this week provide us with your availability for a 37.2 conference call?
>
> Thank you,
>
> **BORKAN & SCAHILL LTD.**
>
> Hilary L. Jabs
> Borkan & Scahill Ltd.
> Two First National Plaza
> 20 South Clark St., Suite 1700
> Chicago, Illinois 60603
> (312) 580-1030
> hjabs@borkanscahill.com
>
> ---
>
> **From:** Hilary Jabs <hjabs@borkanscahill.com>
> **Sent:** Thursday, November 2, 2023 5:35 PM
> **To:** Sheila A Bedi <sheila.bedi@law.northwestern.edu>; Kennedy, John <jkennedy@taftlaw.com>; Murphy, Andrew S. <AMurphy@taftlaw.com>; ben <ben@peopleslawoffice.com>
> **Cc:** Graham Miller <GMiller@borkanscahill.com>; hakeemmuhammad@peopleslawoffice.com <hakeemmuhammad@peopleslawoffice.com>; Slagel, Allan T. <aslagel@taftlaw.com>; brad <brad@peopleslawoffice.com>; janinehoft <janinehoft@peopleslawoffice.com>; Decker, Adam W. <ADecker@taftlaw.com>; Tim Scahill <TScahill@borkanscahill.com>; Vanessa del Valle <vanessa.delvalle@law.northwestern.edu>; Steven Borkan <sborkan@borkanscahill.com>; Whitney Hutchinson <WHutchinson@borkanscahill.com>; norasnyder <norasnyder@peopleslawoffice.com>
> **Subject:** Re: Cosby v. Rodriguez-Plaintiff's Discovery Requests