# EXHIBIT G

Re: Cosby v. Rodriguez-Plaintiff's Discovery Requests

Hilary Jabs <hjabs@borkanscahill.com>
Thu 11/30/2023 8:25 AM

To:Sheila A Bedi <sheila.bedi@law.northwestern.edu>
Cc:Kennedy, John <jkennedy@taftlaw.com>;Murphy, Andrew S. <AMurphy@taftlaw.com>;ben <ben@peopleslawoffice.com>;Graham Miller <GMiller@borkanscahill.com>;hakeemmuhammad@peopleslawoffice.com <hakeemmuhammad@peopleslawoffice.com>;Slagel, Allan T. <aslagel@taftlaw.com>;brad <brad@peopleslawoffice.com>;janinehoft <janinehoft@peopleslawoffice.com>;Decker, Adam W. <ADecker@taftlaw.com>;Tim Scahill <TScahill@borkanscahill.com>;Vanessa del Valle <vanessa.delvalle@law.northwestern.edu>;Steven Borkan <sborkan@borkanscahill.com>;Whitney Hutchinson <WHutchinson@borkanscahill.com>;norasnyder <norasnyder@peopleslawoffice.com>

Hi Sheila,

It has been an additional two weeks since your requested deadline of November 15 to provide Mr. Cosby's Response to Request to Produce, additional records, and supplemental Answers to Interrogatories, and we have still not received anything from you. I propose setting a mutual discovery deadline of next Friday December 8 for all parties to exchange discovery. Please advise if this works for you.

Thank you,

**BORKAN**
**& SCAHILL LTD.**

Hilary L. Jabs
Borkan & Scahill Ltd.
Two First National Plaza
20 South Clark St., Suite 1700
Chicago, Illinois 60603
(312) 580-1030
hjabs@borkanscahill.com

---

**From:** Hilary Jabs <hjabs@borkanscahill.com>
**Sent:** Wednesday, November 8, 2023 6:43 PM
**To:** Sheila A Bedi <sheila.bedi@law.northwestern.edu>
**Cc:** Kennedy, John <jkennedy@taftlaw.com>; Murphy, Andrew S. <AMurphy@taftlaw.com>; ben <ben@peopleslawoffice.com>; Graham Miller <GMiller@borkanscahill.com>; hakeemmuhammad@peopleslawoffice.com <hakeemmuhammad@peopleslawoffice.com>; Slagel, Allan T. <aslagel@taftlaw.com>; brad <brad@peopleslawoffice.com>; janinehoft <janinehoft@peopleslawoffice.com>; Decker, Adam W. <ADecker@taftlaw.com>; Tim Scahill <TScahill@borkanscahill.com>; Vanessa del Valle <vanessa.delvalle@law.northwestern.edu>; Steven Borkan <sborkan@borkanscahill.com>; Whitney Hutchinson <WHutchinson@borkanscahill.com>; norasnyder <norasnyder@peopleslawoffice.com>
**Subject:** Re: Cosby v. Rodriguez-Plaintiff's Discovery Requests

Sheila,

Thank you for the confirmation. Upon our receipt and review of Mr. Cosby's supplemental answers to interrogatories, response to request to produce and any additionally produced records, we will reach out to schedule a conference if necessary.

**BORKAN**