# EXHIBIT I

RE: Cosby: Scheduling Depositions

Sheila A Bedi <sheila.bedi@law.northwestern.edu>
Tue 1/23/2024 9:25 AM
To:Murphy, Andrew S. <AMurphy@taftlaw.com>;Hilary Jabs <hjabs@borkanscahill.com>

Thanks for these reminders, Andrew and Hilary. As I believe I mentioned in court, we will have the verifications and supplemental responses by Friday, January 26. With regard to scheduling Justin's deposition, is there a Friday (preferably) or a Wednesday in February that would work for you? If you plan to take his deposition in person, we would like to hold it at the Northwestern Law School. We can provide you and your team with parking passes.

Thanks, s


**From:** Murphy, Andrew S. <AMurphy@taftlaw.com>
**Sent:** Tuesday, January 23, 2024 8:22 AM
**To:** Hilary Jabs <hjabs@borkanscahill.com>; Sheila A Bedi <sheila.bedi@law.northwestern.edu>
**Subject:** RE: Cosby: Scheduling Depositions

Sheila,

We are also still awaiting Mr. Cosby's verification of his interrogatory responses. Please forward that to us before his deposition.

Thank you,

Andrew


**Andrew S. Murphy**
Attorney
AMurphy@taftlaw.com
Dir: 312.836.4145
Tel: 312.527.4000   |   Fax: 312.754.2373
111 E. Wacker Drive, Suite 2600
Chicago, Illinois 60601-4208

**taftlaw.com**


This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

**From:** Hilary Jabs <hjabs@borkanscahill.com>
**Sent:** Monday, January 22, 2024 10:41 AM
**To:** Sheila A Bedi <sheila.bedi@law.northwestern.edu>
**Cc:** Murphy, Andrew S. <AMurphy@taftlaw.com>
**Subject:** Re: Cosby: Scheduling Depositions

Hi Sheila,