# EXHIBIT J

Re: Cosby: Scheduling Depositions

Sheila A Bedi <sheila.bedi@law.northwestern.edu>
Mon 1/29/2024 8:54 AM
To:Hilary Jabs <hjabs@borkanscahill.com>
Cc:Murphy, Andrew S. <AMurphy@taftlaw.com>;Anissa Nikki Torres <anissa.torres1@law.northwestern.edu>;Kara C Crutcher <kara.crutcher@law.northwestern.edu>

Hilary and Andrew: Despite my best efforts, I need more time to complete the supplemental discovery and verification. Mr. Cosby has been unavailable to meet. I hope to provide you with an update tomorrow. Thanks, s

> On Jan 26, 2024, at 11:33 AM, Hilary Jabs <hjabs@borkanscahill.com> wrote:
>
> Hi Sheila,
>
> March 6 works for us and the City. We will issue an Amended Notice of Deposition accordingly with a start time of 10:00 a.m. His deposition will take place at our office. I will reach out to Officer Rodriguez for his availability. We also look forward to receiving Mr. Cosby's amended discovery responses and missing records today, along with a signed certification page for his responses to the City.
>
> Best,
>
> **BORKAN**
> **& SCAHILL LTD.**
>
> Hilary L. Jabs
> Borkan & Scahill Ltd.
> Two First National Plaza
> 20 South Clark St., Suite 1700
> Chicago, Illinois 60603
> (312) 580-1030
> hjabs@borkanscahill.com
>
> ---
>
> **From:** Sheila A Bedi <sheila.bedi@law.northwestern.edu>
> **Sent:** Friday, January 26, 2024 8:43 AM
> **To:** Hilary Jabs <hjabs@borkanscahill.com>; Murphy, Andrew S. <AMurphy@taftlaw.com>
> **Cc:** Anissa Nikki Torres <anissa.torres1@law.northwestern.edu>; Kara C Crutcher <kara.crutcher@law.northwestern.edu>
> **Subject:** RE: Cosby: Scheduling Depositions
>
> Hilary: Please find below my deposition availability between Feb 19-March 19
>
> Thurs Feb. 21 (I would need an hour break at noon)
> Fri Feb. 23
> Wed. Feb. 28
> Thur. Feb. 29
> March 6-8
> March 13-14.
>
> Could you please advise if one of those dates would work for Mr. Cosby's deposition? Further, please advise if Officer Rodriguez can sit for his deposition on one of the days