IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Justin Cosby, | ) |
| | ) |
| Plaintiff, | ) Case No: 2023 C 02236 |
| | ) |
| v. | ) Judge: Rebecca R. Pallmeyer |
| | ) |
| Chicago Police Officer Gabriel Rodriguez, | ) |
| (#12737), Superintendent David Brown, and | ) |
| City of Chicago, | ) |
| | ) |
| Defendants. | ) |

## AGREED ORDER OF DISMISSAL

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, the respective parties being represented by their counsel of record, the parties having entered into a Release and Settlement Agreement and Stipulation to Dismiss, and the Court being otherwise fully advised in the premises, orders as follows:

All of the claims of Plaintiff, Justin Cosby, against Defendants, City of Chicago, Superintendent David Brown, and Chicago Police Officer Gabriel Rodriguez, are hereby dismissed without prejudice, to be automatically converted to dismissal with prejudice 75 days from the entry of this order, unless a party has moved to extend this date prior to the expiration of the 75 days. Each side shall bear its own costs and attorneys' fees.

ENTER:_____
The Honorable Rebecca R. Pallmeyer
United States District Judge
DATED: July 31, 2024

134068484v1